## FINANCIAL AFFIDAVIT

| IN UNITED STATES | MAGISTRATE | DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) | LOCATION NUMBER |

**IN THE CASE**

| | USA    v.s. _Mott_ | FOR | |
| | | AT | |

**PERSON REPRESENTED** (Show your full name)

_Lorraine Mott_

| 1 | X | Defendant—Adult |
| 2 | | Defendant - Juvenile |
| 3 | | Appellant |
| 4 | | Probation Violator |
| 5 | | Parole Violator |
| 6 | ☐ | Habeas Petitioner |
| 7 | ☐ | 2255 Petitioner |
| 8 | ☐ | Material Witness |
| 9 | ☐ | Other |

**CHARGE/OFFENSE** (describe if applicable & check)   x Felony   ☐ Misdemeanor

**DOCKET NUMBERS**
Magistrate

District Court

Court of Appeals

### EMPLOYMENT

Are you now   ☐ Yes   ☒ No   ☐ Am Self-Employed

Name and address of employer: _____

**IF YES,** how much do you earn per month? $ _____

**IF NO,** give month and year of last employment
How much did you earn per month? $ _____

If married is your Spouse employed?   ☐ Yes   ☐ No

**IF YES,** how much does your Spouse earn per month? $ _____

If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

### ASSETS

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?   ☐ Yes   ☒ No

**IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES**   RECEIVED $ _____   SOURCES _____

**CASH**
Have you any cash on hand or money in savings or checking accounts?   ☐ Yes   ☒ No   **IF YES,** state total amount $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?   ☐ Yes   ☒ No

**IF YES, GIVE THE VALUE AND DESCRIBE IT**   VALUE _____   DESCRIPTION _____

### OBLIGATIONS & DEBTS

**MARITAL STATUS**
☐ SINGLE   ☐ MARRIED   ☐ WIDOWED   ☐ SEPARATED OR DIVORCED

Total No. of Dependents

List persons you actually support and your relationship to them

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| _176 per mo_ | _Landry_ | $ | $ |
| _Cable & Gravels_ | | $ | $ |
| _Electric_ | | $ | $ |
| _phone_ | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date)   _7-20-04_

**SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED)** ▶ X _Ms. Lorraine Mott_

# FINANCIAL AFFIDAVIT

| IN UNITED STATES | ☐ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) | LOCATION NUMBER |
|---|---|---|---|---|---|

IN THE CASE

USA    V.S.    *Sonny Mohamed*

FOR

AT

LOCATION NUMBER

**PERSON REPRESENTED** (Show your full name)    *Sonny (Gamal) Mohamed*

DOCKET NUMBERS

Magistrate

District Court

Court of Appeals

1  X  Defendant—Adult
2  ☐  Defendant - Juvenile
3  ☐  Appellant
4  ☐  Probation Violator
5  ☐  Parole Violator
6  ☐  Habeas Petitioner
7  ☐  2255 Petitioner
8  ☐  Material Witness
9  ☐  Other

**CHARGE/OFFENSE** (describe if applicable & check    x  Felony    ☐ Misdemeanor)

## ASSETS

### EMPLOYMENT

Are you now    ☐ Yes    ☐ No    ☒ Am Self-Employed
Name and address of employer:  *Gamal Taxi, PO Box 60, Roslindale 02131*

IF YES, how much do you earn per month? $ *3000-3500*

IF NO, give month and year of last employment
How much did you earn per month? $ _____

If married is your Spouse employed?    ☐ Yes    ☐ No
IF YES, how much does your Spouse earn per month? $ _____

If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

### OTHER INCOME

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?    ☐ Yes    ☒ No

IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
RECEIVED $ _____    SOURCES _____

### CASH

Have you any cash on hand or money in savings or checking accounts?    ☒ Yes    ☐ No    IF YES, state total amount $ *1500.00*

### PROPERTY

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?    ☐ Yes    ☐ No

IF YES, GIVE THE VALUE AND DESCRIBE IT
VALUE $ *30,000 total in R.E.*    DESCRIPTION *garage 450, 452 2nd St. Fall River ... bought with 10,000*
*Gamal Taxi - 140,000 - Boston taxi medallion handicapped*
*Sonny's Taxi - 90,000 - my share of this medallion is 1/2*

## OBLIGATIONS & DEBTS

*this is in litigation because Gamal Taxi owes me ...*

### DEPENDENTS

MARITAL STATUS
☐ SINGLE
☐ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED

Total No. of Dependents _____

List persons you actually support and your relationship to them
*Gamal Mohamed (son)*

### DEBTS & MONTHLY BILLS
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: Creditors | Total Debt | Monthly Paymt. |
|---|---|---|
| *Storms St. (rent + utilities)* | $ 0 | $ 550.00 |
| *Gamal Taxi medallion* | $ 140,000 | $ 450.00 |
| *Sonny's Taxi* | $ 0 | $ 0 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date)  *7/20/2004*

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ *Sony Mohamed*