UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED IN CLERKS OFFICE

2004 SEP 30 P 2: 16

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. No. 04-10310-WGY |
| ) | |
| LORRAINE J. MOTT, a/k/a ) | |
| LORRAINE MOHAMED ) | 18 U.S.C. § 371 (Conspiracy) |
| Defendant. ) | |

**INFORMATION**

<u>COUNT ONE</u>:   18 U.S.C. § 371 – Conspiracy

The United States Attorney charges that:

From a date unknown to the United States Attorney, but from not later than August 30, 1996, until July 19, 2004, at Boston, and elsewhere within the District of Massachusetts,

LORRAINE J. MOTT, a/k/a LORRAINE MOHAMED

defendant herein, did unlawfully, willfully, and knowingly combine, conspire, confederate and agree with Samy G. Mohamed, to commit offenses against the United States, to wit: to enter into a marriage for the purpose of evading any purpose of the immigration laws, in violation of 8 U.S.C. § 1325(c).

**OVERT ACTS**

In furtherance of the conspiracy and to effect the objects thereof, the defendants committed the following overt acts, among others, in the District of Massachusetts, and elsewhere:

1. On or about August 30, 1996, less than two months after arriving in the United States, Mohamed claimed to have

married Mott, a United States citizen born in New Bedford, Massachusetts on December 15, 1939.

2. On or about September 27, 1996, Mott filed an I-130 Petition for Alien Relative with INS on behalf of Mohamed, as well as an I-485 Application to Register Permanent Residence or Adjust Status form which she filed jointly with Mohamed.

3. On or about January 13, 2000, Mott and Mohamed filed jointly with INS an I-751 Petition to Remove the Conditions on Mohamed's Residence.

4. Based on the I-751 application that Mott and Mohamed filed, they were purportedly living together at 365 Washington Avenue, Chelsea, Massachusetts. In fact, at the time, Mott was living at 147 Washington Street, Apt. 510, Lynn, Massachusetts.

5. On or about February 28, 2000, during an interview at 147 Washington Street, Apt. 510, Lynn, Massachusetts, Mott admitted that she had been separated from Mohamed for over one year and that she did not know his current whereabouts or how to contact him. Thereafter, Mott completed a withdrawal of her I-751 application that she filed jointly with Mohamed.

6. On or about March 2, 2000, Mohamed was found to be living at 365 Washington Street, Chelsea, with a female

who was later identified as Bouchra Goummih, born in Morocco on January 14, 1972.

7. On or about July 19, 2000, Mohamed appeared before the Immigration Court in Boston. Mott accompanied Mohamed, and Mohamed told the Immigration Judge that he had resolved his differences with Mott and that the couple was back together again.

8. On or about October 23, 2000, at 147 Washington Street, Lynn, Massachusetts, Mott acknowledged that she had not resided with Mohamed since prior to the last immigration hearing.

9. On or about May 16, 2001, Mott and Mohamed filed a second I-751 application with the former Immigration and Naturalization Service. In this application, Mohamed indicated that he had a son, Samy Mohamed Gamal, born on October 13, 2000. The birth certificate for Samy Mohamed Gamal lists Bouchra Goummih as the mother.

10. On or about April 16, 2004, Mohamed and Mott appeared at the Citizenship and Immigration Services (CIS) office in Boston, Massachusetts, for their I-751 interview. During his interview, Mohamed told the interviewing immigration officer that he resided at 8 Warren Street, Revere, Massachusetts with Mott since

September of 2003. In a separate interview the same day, Mott told the same immigration officer that she was residing at 67 Silsbee Street, Apartment 20, in Lynn, Massachusetts.

All in violation of Title 18, United States Code, section 371.

> Respectfully submitted,
>
> MICHAEL J. SULLIVAN
> United States Attorney
>
> By: /s/ Gregory Moffatt
> GREGORY MOFFATT
> Assistant U.S. Attorney
> (617) 748-3370

DATED:    September 30, 2004

JS 45 (5/97) - (Revised USAO MA 1/15/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** Boston     **Category No.** III     **Investigating Agency** FBI/JTTF

**City** Boston     **Related Case Information:**

**County** Suffolk

Superseding Ind./ Inf. _____ Case No.: _____
Same Defendant  X   New Defendant _____
Magistrate Judge Case Number  04-M-865-MBB (02)
Search Warrant Case Number _____
R 20/R 40 from District of _____

FILED
IN CLERKS OFFICE
2004 SEP 30 P 2: 16
U.S. DISTRICT COURT
DISTRICT OF MASS.

**Defendant Information:**

Defendant Name  Lorraine J. MOTT          Juvenile  ☐ Yes  ☒ No

Alias Name  Lorraine MOHAMED

Address  67 Silsbee Street, Apt. 210, Lynn, Massachusetts

Birth date (Year only): 1939   SSN (last 4 #): 8632   Sex F   Race: Cauc.   Nationality: U.S.A.

Defense Counsel if known:  Frances McIntyre, Esq.     Address: 98 N. Washington Street
                                                              Boston, MA 02114
Bar Number: _____

**U.S. Attorney Information:**

AUSA  Gregory Moffatt          Bar Number if applicable  558779

Interpreter:  ☐ Yes  ☒ No     List language and/or dialect:  English

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested     ☒ Regular Process     ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☒ On Pretrial Release:  Ordered by  Chief M.J. Bowler  on  July 20, 2004

Charging Document:  ☐ Complaint   ☒ Information   ☐ Indictment

Total # of Counts:  ☐ Petty ____   ☐ Misdemeanor ____   ☒ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: September 30, 2004        Signature of AUSA: _____

◆JS 45  (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Lorraine J. MOTT

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 371 | Conspiracy | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**