UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| V. | ) | |
| | ) | Crim. No. 04-10310-WGY |
| | ) | |
| LORRAINE J. MOTT, a/k/a | ) | MJ# 04-865-MBB |
| LORRAINE MOHAMED | ) | |
| Defendant | ) | |

## MOTION TO WITHDRAW

Now comes the undersigned attorney and petitions this court to be permitted to withdraw

from representing the defendant, Lorraine Mott.  As reason therefore, counsel states that on

October 6, 2004, she was nominated as an Associate Justice of the Superior Court for the

Commonwealth of Massachusetts.  Because the continued availability of counsel to Ms. Mott is

now in question, it would be in the interests of justice to permit the undersigned to withdraw

from the case, and to appoint another attorney from the CJA panel.

Wherefore, the undersigned respectfully requests to be permitted to withdraw from the

case.

Respectfully submitted

FRANCES A. McINTYRE
Ficksman & Conley, LLP
98 North Washington Street - Suite 500
Boston, MA 02114
(617) 720-1515
B.B.O. #335780

## AFFIDAVIT

1.   I am an attorney and a member of the Criminal Justice Act Panel of the United States District Court for the District of Massachusetts.

2.   On August 11, 2004, I was appointed to represent Lorraine J. Mott. Ms. Mott is indigent and was entitled to court appointed counsel.

3.   On October 6, 2004, Governor Mitt Romney nominated me to be an Associate Justice of the Superior Court for the Commonwealth of Massachusetts.

4.   My continued availability to Ms. Mott is now in question. Therefore, in my judgment, it would be in the interest of justice to have new counsel be appointed from the CJA list to represent Ms. Mott.

5.   I have spoken with Ms. Mott, explained the circumstances to her, and forwarded to her a copy of this motion and affidavit.

6.   I have spoken with Assistant US Attorney Gregg Moffatt who has no objection to my withdrawal from the case.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY.

FRANCES A. MCINTYRE, ESQ.

## CERTIFICATE OF SERVICE

I, Frances A. McIntyre, attorney for said defendant, hereby certify that I have this day

served a copy of the foregoing documents upon all counsel by mailing a copy thereof, postage

prepaid, direct to:

AUSA Gregory Moffatt
United States District Court
John Joseph Moakley US Courthouse
One Courthouse Way
Boston, MA 02210


Signed under the pains and penalties of perjury.

DATED:        October 15, 2004

FRANCES A. MCINTYRE, ESQ.
BBO #335780
Ficksman & Conley, LLP
98 North Washington Street
Suite 500
Boston, MA  02114
(617) 720-1515