UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| V. | ) ) | **NO. 04-10310-WGY** |
| LORRAINE MOTT | ) ) ) | |

**DEFENDANT'S MOTION FOR FUNDS
FOR A PSYCHOLOGICAL EXPERT**

The defendant, Lorraine Mott, respectfully moves *ex parte* that this Court, pursuant to 18 U.S.C. § 3006A(e)(3), grant him authorization to spend not more than $1,500 for a psychological assessment of the defendant in order to provide relevant information to the Court at sentencing.

In support of this motion, the defendant states that the defendant is scheduled to plead guilty on January 12, 2005. It is clear based on conversations with the defendant, including during her pre-plea sentencing interview, that the defendant suffers from mental illness. In addition, she has been under psychiatric care for some time and takes numerous medications. A complete picture of the defendant is necessary to illustrate how her mental illness played a part in the defendant's role in

her criminal offense and is relevant to the Court for sentencing purposes.

WHEREFORE, the defendant moves that this Court grant him authorization to spend not more that $1,500 for a psychological assessment of the defendant.

>Lorraine Mott
>By Her Attorneys
>
>CARNEY & BASSIL
>
>
>_____/s/Andrew D'Angelo_____
>
>Andrew M. D'Angelo
>B.B.O. # 564200
>20 Park Plaza, Ste. 1405
>Boston, MA 02116
>617-338-5566

Date:  November 17, 2004

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V.             ) | **NO. 04-10310-WGY** |
| ) | |
| LORRAINE MOTT       ) | |

**AFFIDAVIT OF COUNSEL**

I, Andrew M. D'Angelo state that the following information is true to the best of my information and belief:

1. I am the attorney who has been appointed to represent the defendant in the above-captioned case.

2. My practice has concentrated on criminal litigation, and has included over fifty jury trials of major felonies in the Massachusetts Superior Court and the United States District Court. In addition, I frequently attend or lecture at continuing legal education programs offered in Massachusetts, and have been appointed to the Criminal Justice Act Board in this District. Finally, I am co-author of a treatise published in 2001 on the defense of Sex Offenses in Massachusetts, and a treatise published in 2004 on the defense of Homicides in Massachusetts.

3.  Based on my education, experience, and the experience of colleagues of which I am aware, it is my opinion that every defendant of even modest means would request funds to obtain a psychological assessment of the defendant under the circumstances described in the motion. This evaluation is essential in order to adequately prepare for sentencing in this case.

4.  I base this opinion in part on the following factors: the significant potential sentence that the defendant faces if convicted, the inability of defense counsel to present this material without the assistance of an expert, and the assistance to the Court of a complete psychological picture of the defendant.

Signed under the penalties of perjury.

    /s/Andrew M. D'Angelo
Andrew M. D'Angelo

Date:  November 17, 2004