UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
                                  )
UNITED STATES OF AMERICA          )
                                  )
V.                                )        NO. 04-10310-WGY
                                  )
LORRAINE MOTT                     )
                                  )
```

**MOTION TO EXTEND TIME TO
FILE OBJECTIONS TO PRESENTENCE REPORT**

The defendant moves that this Court extend the time to file objections to the pre-sentence report from June 14, 2005 until July 11, 2005. In support of this motion, the defendant states the following:

1. This matter is currently scheduled for a Rule 11 Hearing on July 18, 2005 at 2:00.

2. The government and the defendant are attempting to resolve this case without the necessity of a Rule 11 Hearing. The parties could not begin intense negotiations until the Pre-sentence report was completed. The parties received the report on June 1, 2005.

3. More time is necessary in order to hopefully reach a resolution to this matter and/or file objections to the pre-sentence report.

WHEREFORE, the defendant moves that this Court extend the time to file objections to the pre-sentence report until July 11, 2005.

                                        Lorraine Mott
                                        By Her Attorneys

                                        CARNEY & BASSIL


                                        /s/Andrew D'Angelo

                                        Andrew M. D'Angelo
                                        B.B.O. # 564200
                                        20 Park Plaza, Ste. 1405
                                        Boston, MA 02116
                                        617-338-5566


Date:   June 14, 2005