```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS
_____
                              )
UNITED STATES OF AMERICA      )
                              )
v.                            )    Criminal No. 04-10310-WGY
                              )
LORRAINE J. MOTT, a/k/a       )
LORRAINE MOHAMED,             )
          Defendant.          )
_____)
```

**GOVERNMENT'S ASSENT TO DEFENDANT'S MOTION**

    The United States Attorney, by and through the undersigned Assistant United States Attorney, hereby assents to Defendant's Motion To Extend Time To File Objections To Presentence Report, filed on June 14, 2005.

                                              Respectfully submitted,

                                              MICHAEL J. SULLIVAN
                                              United States Attorney

                                     By:   /s/ Gregory Moffatt
                                              GREGORY MOFFATT
                                              Assistant U.S. Attorney

DATE: June 14, 2005