UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| v. | ) |
| | ) Crim. No. 04-10310-WGY |
| LORRAINE J. MOTT, a/k/a | ) |
| LORRAINE MOHAMED | ) |
| Defendant. | ) |

### GOVERNMENT'S DISMISSAL OF INFORMATION

Pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney, Michael J. Sullivan, hereby dismisses the Information filed on September 30, 2004, charging Lorraine J. Mott with conspiracy in violation of 18 U.S.C. § 371. In support of this dismissal, the government states that after review of the pre-plea Presentence Report and other available records, the United States Attorney has concluded that the dismissal is in the interests of justice.

Respectfully submitted,
MICHAEL J. SULLIVAN
United States Attorney

By: _____
MICHAEL K. LOUCKS
First Assistant U.S. Attorney
(617)748-3100

LEAVE GRANTED:

_____
WILLIAM G. YOUNG
CHIEF UNITED STATES DISTRICT JUDGE

DATE:   September 7, 2005